UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT 1 6 2013
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. |
| ) | |
| LONNY AUSTIN FIELDER, ) | **4:13CR430 CDP/TCM** |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 25, 2012, in St. Louis County, within the Eastern District of Missouri, the defendant,

**LONNY AUSTIN FIELDER,**

knowingly and intentionally distributed 1,182 dosage units (pills) containing a detectable amount of Amphetamine Salts, a Schedule II Controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and thereby punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney