UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:13CR430 CDP (TCM) |
| LONNY AUSTIN FIELDER, | ) ) ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*s/John T Davis*
JOHN T DAVIS, #40915
Assistant United States Attorney
111   South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on   October 21, 2013 , the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system:

*s/ John T Davis*
JOHN T DAVIS
Assistant United States Attorney