```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF MISSOURI
                  EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
|      Plaintiff,    ) | |
| ) | |
|      v.    ) | No. 4:13CR430 CDP |
| ) | (TCM) |
| LONNY AUSTIN FIELDER,    ) | |
| ) | |
|      Defendant.    ) | |

### ORDER

Lonny Austin Fielder having established the inability to retain private counsel, being in need of counsel, and being entitled to the appointment of counsel under the Criminal Justice Act, as amended, 18 U.S.C. § 3006(A),

**IT IS HEREBY ORDERED** that the Federal Public Defender for this District is appointed to represent Lonny Austin Fielder in this matter.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE

Dated this 30th day of October, 2013.