UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date November 1, 2013      Judge **Thomas C. Mummert, III**     Case No.   4:13cr00430 CDP/TCM

**UNITED STATES OF AMERICA** v.  **Lonny A. Fielder**

**Court Reporter** FTR                              Deputy Clerk     B. Porter

Assistant United States Attorney(s)  John Mantovani  for John Davis

Attorney(s) for Defendant(s)  Lucille Liggett

Interpreter        N/A                          ☐ **SEALED PROCEEDING**

**Proceedings:**

| | | |
|---|---|---|
| ☐ Initial Appearance | ☐ Detention Hearing | ☐ Preliminary Revocation |
| ☒ Arraignment | ☐ Bond Review | ☐ Probation |
| ☐ Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| ☐ Motion Hearing | ☐ In Court Hrg (WAIVER OF MOTIONS) | ☐ Competency |
| ☐ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
| ☐ Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | ☐ Material Witness |

Parties present for hearing on  arraignment.  The defendant is sworn.

☐ Oral Motion for appointment of counsel (GRANTED)    ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____      ☐ Secured Appearance Bond    ☐ Secured by 10%

    ☐ Secured by cash only      ☐ Secured by property      ☐ Unsecured bond       ☐ O/R bond

☐ Government filed motion for pretrial detention.  Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned     ☐ Waives reading of indictment/information       ☐ Matter taken under advisement

☒ Plea entered  Not Guilty              Order on pretrial motions:   ☒ issued    ☐ to issue

☐ Oral Motion for Suppression      ☒ Motion for Extension of Time to File Pretrial Motions (GRANTED).  IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

☐ Defendant waives _____         ☐ order to issue       ☐ oral ruling

☐ Defendant waives evidentiary hearing      ☐ By leave of court withdraws all pretrial motions

Trial date/time _____        Before U.S. District Judge _____

       ☐ Remanded to **CUSTODY**       ☒ Released on **BOND**

Next hearing date/time   11/26/13 @ 9:30          Type of hearing Evidentiary          Before Judge Mummert

Proceeding commenced   11:32         Proceeding concluded     11:34         Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant petition/complaint.