UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:13CR0430 CDP |
| v. | ) |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Assistant Federal Public Defender Diane Dragan enters her appearance as appointed counsel of record for the defendant Lonny Austin Fielder.

Respectfully submitted,

/s/Diane Dragan
DIANE DRAGAN   21427
Assistant Federal Public Defender
1010 Market Street - Suite 200
St. Louis, Missouri 63101

Telephone 314-241-1255
FAX: 314-421-3177
E-Mail: Diane_Dragan@fd.org

ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on 11/04/2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon, Assistant United States Attorney.


/s/ Diane Dragan
DIANE DRAGAN   21427