UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430-CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COMES NOW N. Scott Rosenblum, and hereby enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ N. Scott Rosenblum
N. SCOTT ROSENBLUM, #33390 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050
Email: srosenblum@rsrglaw.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430-CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2012, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John T. Davis, assistant United States attorney.

**Entry of Appearance**

                                            ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

                By:    /S/ N. Scott Rosenblum
                          N. SCOTT ROSENBLUM, #33390 MO
                          Attorney for Defendant
                          120 S. Central Avenue, Suite 130
                          Clayton, Missouri 63105
                          (314) 862-4332/Facsimile (314)862-8050