UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430-CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S FIRST MOTION TO EXTEND THE TIME IN WHICH
TO FILE PRETRIAL MOTIONS AND CONTINUE THE EVIDENTIARY HEARING**

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court to extend the time in which to file pretrial motions by a period of thirty (30) days and continue the evidentiary hearing currently scheduled for November 26, 2013 to a date to be determined by this Court. In support of this motion, Defendant states as follows:

1. Defendant is charged in a single count indictment with a violation of Title 21 U.S.C. §§ 841(a)(1).

2. Defendant was arraigned on November 1, 2013.

3. Counsel was retained on November 7, 2013.

4. Discovery was received by counsel late last week.

5. Counsel requires additional time to review the discovery to determine any pretrial motions that might be filed and confer with Defendant regarding the merit of those motions.

6. For these reasons, Defendant files the instant motion.

7. For this same reason, the instant motion is necessary to provide counsel for the

1

"defendant...the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, "the ends of justice served by [granting this motion] outweigh the best interest of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(7)(A).

8. Defendant, through counsel, has discussed this matter with assistant United States attorney John Davis.  Mr. Davis does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court grant the instant motion and extend the time in which to file pretrial motions by a period of thirty (30) days and continue the evidentiary hearing currently scheduled for November 26, 2013 to a date to be determined by this Court.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ N. Scott Rosenblum
N. SCOTT ROSENBLUM #33390MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314)352-8919/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, assistant United States attorney.

2