UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:13-cr-430-CDP ) |
| LONNY AUSTIN FIELDER, | ) ) |
| Defendant. | ) |

## WAIVER OF FILING PRETRIAL MOTIONS

COMES NOW Defendant, Lonny Austin Fielder, by and through counsel, and states that no motions will be filed in the above-styled cause for the following reasons:

a.  There are no issues that defendant wishes to raise by way of pretrial motions;

b.  Counsel has personally discussed this matter with the defendant; and

c.  Defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /S/ Adam D. Fein
ADAM D. FEIN #52255MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314)862-8050 Facsimile (314)862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, assistant United States attorney.

Case: 4:13-cr-00430-CDP   Doc. #:  18   Filed: 12/18/13   Page: 2 of 2 PageID #: 38