UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 4:13-cr-430 CDP (TCM) ) |
| LONNY AUSTIN FIELDER, | ) ) |
| Defendant. | ) |

**DEFENDANT'S FIRST MOTION TO CONTINUE PRETRIAL MOTIONS WAIVER HEARING**

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court to continue the pretrial motions waiver hearing presently scheduled for December 30, 2013 at 9:30 a.m. for a period of seven (7) days.  In support of this motion, Defendant states as follows:

1. Defendant's pretrial motions waiver hearing is presently scheduled for December 30, 2013.

2. Counsel expects to be in Jefferson City on that same date.

3. Defendant has discussed this matter with Assistant United States Attorney John Davis.  Mr. Davis does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the pretrial motions waiver hearing presently scheduled for December 30, 2013 at 9:30 a.m. for a period of seven (7) days.

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/ Adam D. Fein
       ADAM D. FEIN
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332
       (314) 862-8050 Facsimile

## CERTIFICATE OF SERVICE

    I hereby certify that on December 30, 2013 the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John t. Davis, assistant United States attorney.