UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430 CDP (TCM) |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S SECOND MOTION TO CONTINUE PRETRIAL MOTIONS WAIVER HEARING

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court to continue the pretrial motions waiver hearing presently scheduled for January 6, 2014 for a period of seven (7) days.  In support of this motion, Defendant states as follows:

1.     Defendant's pretrial motions waiver hearing is presently scheduled for January 6, 2014.

2.     Unexpectedly, counsel must travel to Kansas City, Missouri on January 6, 2013 in connection with United States v. Virgie Dillard, 4:13-cr-201 GAF, a multi-count, multi-defendant fraud matter currently scheduled for trial on February 18, 2014.

3.      Defendant, through counsel, has discussed this matter with assistant United States attorney John Davis.  Mr. Davis does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the pretrial motions waiver hearing presently scheduled for January 6, 2014 for a period of seven (7) days.

1

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:     /S/ Adam D. Fein
        ADAM D. FEIN #52255 MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105

**CERTIFICATE OF SERVICE** (314) 862-8050

I hereby certify that on January 3, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, assistant United States attorney.

2