UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  4:13CR0430 CDP/TCM |
| | ) |
| **LONNY AUSTIN FIELDER,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the court on Defendant's motion for continuance of the waiver of pretrial motions hearing.  [Doc. 21]

For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for an effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, see 18 U.S.C. § 3161(h)(7)(B)(iv), and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A). Therefore, the time granted to Defendant to investigate and prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for continuance of the pretrial motion waiver hearing is **GRANTED**. [Doc. 21]

**IT IS FURTHER ORDERED** that the Waiver Hearing presently set for January 6, 2014, is continued and rescheduled for January 13, 2014, at 10:30 a.m.  Defendant and counsel for both parties are required to attend.

        /s/Thomas C. Mummert, III
        THOMAS C. MUMMERT, III
        UNITED STATES MAGISTRATE JUDGE

Dated this 7th day of January, 2014.