UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date __1-13-14__ Judge __Thomas C. Mummert, III__ Case No. __4:13CR430 CDP/TCM__

UNITED STATES OF AMERICA v. __Lonny Fielder__

Court Reporter __FTR__  Deputy Clerk __MBerg__

Assistant United States Attorney(s) __John Davis__

Attorney(s) for Defendant(s) __Adam Fein__

Interpreter __N/A__   ☐ SEALED PROCEEDING

**Proceedings:**

☐ Initial Appearance
☐ Arraignment
☐ Preliminary Examination
☐ Motion Hearing
  ☐ Evidentiary Hearing
  ☐ Oral Argument/Non Evidentiary Hearing
☐ Detention Hearing
☐ Bond Review
☐ Bond Execution/Appearance Bond
☒ In Court Hrg (WAIVER OF MOTIONS)
☐ Change of Plea/Sentencing
☐ Rule 5(c)(3)Removal (Identity)
☐ Preliminary Revocation
☐ Probation
☐ Supervised Release
☐ Competency
☐ Pretrial/Status Conference
☐ Material Witness

Parties present for hearing on __waiver of pretrial motions. Defendant sworn. The Court accepts defendant's waiver.__

☐ Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____

☐ Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

☐ Plea entered __Not Guilty__   Order on pretrial motions:   ☐ issued   ☐ to issue

☐ Oral Motion for Suppression   ☐ Motion for Extension of Time to File Pretrial Motions (GRANTED). IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling

☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions
Trial date/time __3-3-14 @ 8:30__ Before U.S. District Judge __Catherine D. Perry__

☐ Remanded to CUSTODY   ☒ Released on BOND

Next hearing date/time _____   Type of hearing _____   Before Judge _____

Proceeding commenced __10:31__ Proceeding concluded __10:35__ Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.
☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.
☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law/conditions set out in the instant petition/complaint.