UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) Case No.: 4:13-cr-430 CDP |
|  | ) |
| LONNY AUSTIN FIELDER, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S FIRST MOTION TO CONTINUE TRIAL**

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court to continue the trial presently scheduled for March 3, 2014 for a period of thirty (30) days. In support of this motion, Defendant states as follows:

1. Defendant is charged with a single a violation of Title 21 U.S.C. §§ 841(a)(1).

2. In good faith, the parties are attempting to negotiate an agreed upon disposition that will obviate the need for trial.

3. The parties believe they can finalize the terms of this disposition within the next 30 days, if not sooner.

4. For this reason, Defendant files the instant motion.

5. For this same reason, the instant motion is necessary to provide counsel for the "defendant...the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." See 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, "the ends of justice served by [granting this motion] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

6.	Defendant, through counsel, has discussed this matter with assistant United States attorney John Davis.  Mr. Davis does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the trial presently scheduled for March 3, 2014 for a period of thirty (30) days.

>
> Respectfully submitted,
>
> ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC
>
> By:	/S/ Adam D. Fein
> Adam D. Fein, #52255 MO
> Attorney for Defendant
> 120 S. Central Avenue, Suite 130
> Clayton, Missouri 63105
> (314)862-4332/Facsimile (314)862-8050

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, assistant United States attorney.