UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13 CR 430 CDP |
| ) | |
| LONNIE AUSTIN FIELDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant Lonnie Austin Fielder filed a motion for a continuance of the trial in this case.  I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act.  In particular, for the reasons stated by the defendant, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsels' exercise of due diligence.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Lonnie Austin Fielder's motion for a continuance of his trial [#24] is **granted** pursuant to 18 U.S.C. §3161(h)(7).  This matter is removed from the March 3, 2014 trial docket.

**IT IS FURTHER ORDERED** that the **Jury Trial** in this matter is reset to **Monday, April 7, 2014 at 8:30 a.m.** in Courtroom 14-South.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2014.