UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430 CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S FOURTH MOTION TO CONTINUE TRIAL**

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court to continue the trial presently scheduled for June 16, 2014 for a period of forty (30) days. In support of this motion, Defendant states as follows:

1. On Friday, June 6, 2014, Defendant received documents from the Social Security Administration for which he had been waiting for several months.

2. Among other things, these documents confirm Defendant's disability and its extent.

3. Defendant intends to use these documents to assist in negotiating an agreed to disposition with the government.

4. To this end, counsel will likely meet with the government in the next two weeks.

5. Counsel cannot meet with the government any sooner as a result of competing work obligations, including an appellate argument scheduled for this week at the Seventh Circuit Court of Appeals in Chicago, a trial for which counsel is preparing scheduled for July 7, 2014 in the Southern District of Illinois, and memoranda counsel is completing for sentencings in both

1

this district and the Southern District of Illinois.

  6.  For these reasons, Defendant files the instant motion.

  7.  For these same reasons, the instant motion is necessary to provide counsel for the "defendant...the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." See 18 U.S.C. § 3161(h)(7)(B)(iv).  Accordingly, "the ends of justice served by [granting this motion] outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

  8.  Defendant, through counsel, has discussed this matter with assistant United States attorney John Davis.  Mr. Davis does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the trial presently scheduled for June 16, 2014 for a period of days (30) days.

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

  By:  /S/ Adam D. Fein
     Adam D. Fein, #52255 MO
     Attorney for Defendant
     120 S. Central Avenue, Suite 130
     Clayton, Missouri 63105
     (314) 862-8050/ Facsimile (314)862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, Assistant United States Attorney.