UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13 CR 430 CDP |
| | ) | |
| LONNY AUSTIN FIELDER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Defendant Lonny Austin Fielder again seeks a continuance of this case. He indicates that he has now received documents from the Social Security Administration that may affect plea negotiations. He asks for an additional 30 days' continuance. I will grant the motion, but I am concerned that this case is dragging on, and it needs to be resolved or go to trial without further delay. I caution counsel that I am unlikely to grant any further continuances.

I find, pursuant to 18 U.S.C. §3161(h)(7), that the ends of justice served by the continuance requested outweigh the best interest of the public and the defendant in a speedy trial, and that therefore any time elapsed is excludable time under the Speedy Trial Act. In particular, for the reasons stated by the defendant, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even

taking into account counsels' exercise of due diligence.   Additionally, the United States does not oppose the continuance.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Lonny Austin Fielder's motion for a continuance of his trial [#17] is **granted** pursuant to 18 U.S.C. §3161(h)(7).   This matter is removed from the June 16, 2014 trial docket.

**IT IS FURTHER ORDERED** that the **Jury Trial** in this matter is reset to **Monday, July 21, 2014 at 8:30 a.m.** in Courtroom 14-South.

*[signature]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2014.