# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date: August 21, 2014   Case No. 4:13cr00430 CDP

UNITED STATES OF AMERICA vs. Lonny Austin Fielder

Judge: Catherine D. Perry   Court Reporter: G. Madden

Deputy Clerk: B. Porter   Interpreter: N/A

Assistant United States Attorney(s): John Davis

Attorney(s) for Defendant: Adam Fein

**Arraignment/Waiver of Indictment/Plea:**

Defendant's age: 51   Education: Some College

☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until _____ at _____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information  ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY to counts _____ of the ☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**

☑ The Court finds the defendant competent to enter a plea of guilty.
☑ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) one of the ☐ superseding ☐ information ☑ indictment
☑ Stipulation of facts relative to sentencing filed ☑ with ☐ without plea agreement
☐ The Court adopts and approves ☐ Stipulation of Facts ☐ Guilty Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Guilty Plea Agreement until the date of sentencing
☑ Guilty Plea Agreement filed
☐ Ordered that count(s) _____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant _____ are denied as moot
☑ Sentencing set 11/13/2014 at 2:00 PM
☑ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE 10/23/2014
☐ Defendant is remanded to custody  ☑ Defendant is released on existing bond
(If defendant was on bond and is remanded, change location code to "LC.")
Probation Officer: Present

Proceedings commenced 2:34 P.M concluded at 3:00 P.M