UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13 CR 430 CDP |
| ) | |
| LONNIE AUSTIN FIELDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that the **sentencing** in this matter is set for **Thursday, November 13, 2014 at 2:00 p.m.** in Courtroom 14-South. All Objections to the presentence report must be filed no later than **October 23, 2014.** If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **November 6, 2014** except that a response to a sentencing memorandum may be filed no later than **November 10, 2014.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of August, 2014.