UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430 CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S FIRST MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court to continue the sentencing scheduled for November 13, 2015 for a period of fourteen (14) days. In support of this motion, Defendant states as follows:

1. By prior order of this Court, Defendant's sentencing memorandum was due on Thursday, November 6, 2014.

2. Counsel hoped to complete Defendant's memorandum this past weekend and file it out of time on today's date, but competing obligations impeded counsel's ability to do so. In particular, counsel is currently reviewing discovery in two Title III narcotics cases, more than 1,000 pages of subpoenaed bank materials in a mail fraud case expected to proceed to trial, and several thousand pages of discovery in a tax fraud prosecution. As a result of discovery review in these matters, counsel could not timely complete Defendant's memorandum.

3. In addition, in this case, the Drug Enforcement Administration has yet to provide a final recount of the Adderall pills attributable to Defendant, based on the recount request made by Defendant and the government.

4. Defendant, through counsel, has discussed these matters with Assistant United

States Attorney John Davis.  Mr. Davis does not object to Defendant's request.

For the foregoing reasons, Defendant respectfully requests this Honorable Court continue the sentencing scheduled for November 13, 2014 for a period of fourteen (14) days.

        Respectfully submitted,

        ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:    /S/ Adam D. Fein
        Adam D. Fein, #52255 MO
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332 / Facsimile (314)862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, Assistant United States Attorney.