UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:13 CR 430 CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the defendant's motion to continue [#45] is granted.  The **sentencing i**n this matter is reset to **Wednesday, December 17, 2014 at 3:00 p.m.** in Courtroom 14-South.   All objections to the presentence report must be filed no later than **November 26, 2014.**   If testimony is expected counsel must notify the court at least one week before sentencing.

**IT IS FURTHER ORDERED** that the parties must file any sentencing memoranda no later than **December 10, 2014** except that a response to a sentencing memorandum may be filed no later than **December 12, 2014.**


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of November, 2014.