UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:13-cr-430 CDP |
| | ) |
| LONNY AUSTIN FIELDER, | ) |
| | ) |
| Defendant. | ) |

**FIRST MOTION FOR LEAVE TO FILE UNDER SEAL**

COMES NOW Defendant, Lonny Fielder, by and through counsel, and hereby moves this Court for leave to file his sentencing memorandum under seal. In support of this motion, Defendant states as follows:

1. Defendant's sentencing memorandum contains privileged medical information not ordinarily available to the public.

WHEREFORE, Defendant respectfully requests this Honorable Court grant him leave to file his sentencing memorandum under seal.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Adam D. Fein
Adam D. Fein, #52255 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2014, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. John Davis, Assistant United States Attorney.