# COURTROOM MINUTE SHEET
## SENTENCING PROCEEDINGS

Date: December 17, 2014  Case No. 4:13cr00430 CDP

UNITED STATES OF AMERICA vs. Lonny Austin Fielder

Judge: Catherine D. Perry  Deputy Clerk: B. Porter  Court Reporter: G. Madden
Interpreter: N/A  Probation Officer: Present

Assistant U.S. Attorney: John Davis
Defendant Attorney(s): Adam Fein

- [x] Defendant/Parties present for imposition of sentence
- [x] Presentence Report adopted/accepted by Court as findings of fact  [ ] PSR filed under seal
- [ ] Government's Motion is  [ ] granted  [ ] denied
- [x] No Objections to Presentence report filed by either party.
- [ ] Objections to Presentence report filed by [ ] defendant [ ] government.
- [ ] Objections to Presentence report heard and [ ] granted as follows: [ ] denied as follows:

- [x] Sentence imposed (see judgment)
- [ ] Count(s) _____ dismissed on motion of AUSA
- [ ] The Court makes the following recommendations to the Bureau of Prisons:

- [ ] Defendant remanded to custody of the USMS
- [ ] Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS  [ ] Surrender date _____
- [x] Defendant is released on Probation pending processing by USMS
- [x] Certificate of Compliance with Local Rule 12.07(A) provided to defendant's attorney.
- [ ] Witness testimony (see witness list)
- [ ] Exhibits returned to and retained by counsel (see exhibit list)
- [ ] Letters received on behalf of defendant received and reviewed by the Court, and to be made part of the record and Filed Under Seal.

Proceedings commenced 3:10  P.M.  Concluded 3:24  P.M.